THE STATE OF OHIO, APPELLEE, *v.* LOVE, APPELLANT.

[Cite as *State v. Love*, 124 Ohio St.3d 560, 2010-Ohio-1421.]

*Court of appeals' judgment reversed in part on the authority of State v. Williams.*

(No. 2009-0750 — Submitted March 31, 2010 — Decided April 7, 2010.)

APPEAL from the Court of Appeals for Hamilton County,

Nos. C-070782 and C-080078, 2009-Ohio-1079.

———————————

{¶ 1}   The judgment of the court of appeals holding that felonious assault as defined by R.C. 2903.11(A)(2) and attempted murder as defined by R.C. 2903.02(A) and R.C. 2923.02 are not allied offenses of similar import is reversed on the authority of *State v. Williams*, 124 Ohio St.3d 381, 2010-Ohio-147, 922 N.E.2d 937.

———————————

MOYER, C.J.,[1] and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

———————————

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Scott M. Heenan, Assistant Prosecuting Attorney, for appellee.

Roger W. Kirk, for appellant.

————————————

---

1.   The late Chief Justice Thomas J. Moyer participated in the deliberations in, and the final resolution of, this case prior to his death.